IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00185-MR

| | |
|---|---|
| GEGE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | O R D E R |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon the Defendant's Motion to Reopen and Enter Judgment [Doc. 8].

The Defendant moves the Court to reopen this civil action for the purpose of affirming the decision of the Commissioner subsequent to this Court's remand pursuant to Sentence Six of 42 U.S.C. § 405(g) and entering a final judgment in favor of the Plaintiff. For the reasons set forth in the Defendant's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Reopen and Enter Judgment [Doc. 8] is **GRANTED**, and the decision of the Commissioner subsequent to this Court's remand is **AFFIRMED.** The Clerk

of Court is respectfully directed to enter a final judgment in this case in favor of the Plaintiff.

**IT IS SO ORDERED.**

Signed: March 1, 2017

Martin Reidinger
United States District Judge