# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| GEORGE S. JOHNSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:10-cv-00185-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 1, 2017 Order affirming the decision of the Commissioner subsequent to the Court's remand, in favor of the Plaintiff.

                March 1, 2017

                *Frank G. Johns*

                Frank G. Johns, Clerk
                United States District Court