THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10-cv-00185-MR

| | |
|---|---|
| GEGE JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY A. BERRYHILL, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

GEORGE JOHNSON,

        Plaintiff,

vs.                                          **O R D E R**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

        Defendant.

**THIS MATTER** is before the Court on the Plaintiff's Consent Motion. [Doc. 14].

The Plaintiff seeks an award in the amount of $1,150.00 in full satisfaction of any and all claims by the Plaintiff in this case pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A) ("EAJA"). [Doc. 14]. The Defendant consents to that award. [Id.]. In light of the Court's prior remand of this matter, and in the absence of any contention by the Commissioner that her position was substantially justified or that special circumstances exist that would render an award of attorney's fees unjust, the Court concludes that the Plaintiff is entitled to an award of attorney's fees under the EAJA. The Court further concludes that, in light of the

Commissioner's lack of opposition to the Plaintiff's request, the Plaintiff is entitled to reimbursement from the Treasury Judgment Fund of the $350.00 in costs incurred as a result of filing this action.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Consent Motion [Doc. 14] is hereby **GRANTED**, and the Plaintiff is hereby awarded attorney's fees in the amount of One Thousand One Hundred and Fifty Dollars ($1,150.00), which sum is in full satisfaction of any and all claims by the Plaintiff in this case pursuant to 28 U.S.C. § 2412(d).

**IT IS FURTHER ORDERED** that Three Hundred and Fifty Dollars ($350.00) in costs shall be reimbursed to the Plaintiff from the Treasury Judgment Fund upon certification thereof by the Office of the United States Attorney to the Department of Treasury.

**IT IS SO ORDERED.**

Signed: April 21, 2017

Martin Reidinger
United States District Judge